ACCEPTED
12-14-00258-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
10/22/2015 3:25:26 PM
Pam Estes
CLERK

# LAW OFFICE OF DARRIN WALKER

6134 Riverchase Glen Dr.
Kingwood, Texas 77345

**Darrin M. Walker**
Board Certified—Civil Appellate Law
Texas Board of Legal Specialization

Telephone: (281) 358-2295
Facsimile: (281) 812-7993

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
10/22/2015 3:25:26 PM
PAM ESTES
Clerk

_____

October 22, 2015

Hon. Pam Estes
Clerk, Twelfth Court of Appeals
1517 West Front St., Suite 354
Tyler, Texas 75702

      Re:    Danny Vines and Nancy Vines v. Ray Durrett, Cause Number 12-14-00258-CV in
              the Twelfth Court of Appeals

Dear Ms. Estes,

    At oral argument on the above-referenced case on October 22, 2015, the Court requested that I submit a letter with the citation of a case that I mentioned but which was not cited in Appellee Ray Durrett's brief.  The case I referred to was *G.T. Leach Builders, LLC v. Sapphire V.P., LP*, 458 S.W.3d 502 (Tex. 2015).  The portion of the opinion I referred to was at pages 527-530, including footnote 22.

    Please forward this letter to the members of the Court.  Your assistance is sincerely appreciated.

                          Sincerely,

                          /s/ Darrin Walker

                          Darrin Walker
                          Texas Bar No. 00788600
                          Attorney for Appellee

c.c.    Hon. George Gibson
        Attorney for Appellants
        *via electronic service and*
        *via email to ggibson@nathansommers.com*